AO 440 (Rev 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CEMENT MASONS PENSION
FUND LOCAL 502, et al.

    Plaintiffs,

V.

J & L CONCRETE, INC.,
AN ILLINOIS CORPORATION

    Defendant.

CASE NUMBER:

ASSIGNED JUDGE: **08 C 932**

DESIGNATED
MAGISTRATE JUDGE    **JUDGE ASPEN**
    **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

    J & L CONCRETE, INC.
    C/O ITS REGISTERED AGENT, MICHAEL R. GRABILL
    707 SKOKIE BLVD. #420
    NORTHBROOK, IL 60062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald D. Schwartz
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

February 14, 2008
_____
Date

AO 440 (Rev 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | MARCH 5, 2008 AT 12:00 PM |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: J+L CONCRETE, INC C/O ITS REGISTERED AGENT- MICHAEL R. GRABILL AT HIS LAW OFFICE - 707 SKOKIE BLVD, SUITE #420, NORTHBROOK, IL 60062 HE CAN BE DESCRIBED AS A M/W, 35 YEARS, CURLY BROWN HAIR

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/08
Date

Signature of Server: Scott Pocius

Address of Server:
THE ARGUS AGENCY INC.
1400 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.