IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, <br><br> Plaintiffs, <br><br> v. <br><br> J & L CONCRETE, INC., an Illinois corporation, <br><br> Defendant. | No. 08 C 932 <br><br> Judge Gettleman <br><br> Magistrate Judge Schenkier |

## AFFIDAVIT

I, Pat La Cassa, upon being first duly sworn, on oath deposes and states:

1. Affiant is Administrator of the Cement Masons Local 502 Pension and Welfare Funds.

2. I am in receipt of payroll summary for the period June 2007 through October 2007 for the company called J & L CONCRETE, INC. These hours are not paid. Defendant owes $8,466.70 benefits and $1,270.00 liquidated damages.

4. The total due in the Funds is $9,736.70.

5. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

EXHIBIT A

FURTHER AFFIANT SAYETH NOT.

_____
PAT LA CASSA

SUBSCRIBED AND SWORN to before me this 15th day of April 2008

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
DAWN M DE WITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/11
```