## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) | |
| | ) | No. 08 C 932 |
| Plaintiffs, | ) ) | Judge Gettleman |
| v. | ) ) | Magistrate Judge Schenkier |
| J & L CONCRETE, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

### JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1.      Judgment in the amount of $11,036.70 is entered in favor of Plaintiffs, Trustees of the Cement Masons Pension Fund, Local 502, et. al., and against the Defendant, J & L CONCRETE, INC.

2.      This is a final and appealable order.

DATED: _____

ENTER:_____
**HONORABLE JUDGE GETTLEMAN**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415