IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | No. 08 C 932 |
| Plaintiffs, | Judge Gettleman |
| v. | Magistrate Judge Schenkier |
| J & L CONCRETE, INC., an Illinois corporation, | |
| Defendant. | |

## NOTICE OF MOTION

**TO:** J & L Concrete, Inc.
c/o its Registered Agent, Michael R. Grabill
707 Skokie Blvd., #420
Northbrook, IL 60062

**PLEASE TAKE NOTICE** that on **April 22, 2008**, at **9:15 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Gettleman, Room 1703** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment In Sum Certain.

TRUSTEES OF THE CEMENT
MASONS PENSION FUND, LOCAL
502, et. al.


s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
April 15, 2008

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 15th day of April 2008, at or before the hour of 5:00 p.m.

J & L Concrete, Inc.
c/o its Registered Agent, Michael R. Grabill
707 Skokie Blvd., #420
Northbrook, IL 60062

s/Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: April 15, 2008