Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 932 | DATE | 4/22/2008 |
| CASE TITLE | Cement Masons Pension   vs   J & L Concrete, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for order of default and judgment in sum certain is granted and judgment is entered in favor of plaintiff and against defendant in the amount of $11,036.70.

[For further detail see separate order]
[Docketing to mail notice]

00:04

| | Courtroom Deputy | GDS |
|---|---|---|