IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CEMENT MASONS PENSION FUND, LOCAL )
502; CEMENT MASONS INSTITUTE OF )
CHICAGO, ILLINOIS; CEMENT MASONS )
SAVINGS FUND, LOCAL 502; and CEMENT )
MASONS APPRENTICE EDUCATION )
AND TRAINING FUND, LOCAL 502, )
                                            )    No. 08 C 932
                    Plaintiffs, )
                                            )    Judge Gettleman
v.                                   )    Magistrate Judge Schenkier
                                            )
J & L CONCRETE, INC., an Illinois corporation, )
                      Defendant. )

## JUDGMENT ORDER

THIS CAUSE coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED:**

1. Judgment in the amount of $11,036.70 is entered in favor of Plaintiffs, Trustees of the Cement Masons Pension Fund, Local 502, et. al., and against the Defendant, J & L CONCRETE, INC.

2. This is a final and appealable order.

DATED: APRIL 22, 2008

ENTER: *Robert W. Gettleman*
**HONORABLE JUDGE GETTLEMAN**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415