IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, ) ) ) ) ) ) ) ) | ) ) No. 08 C 932 ) |
| Plaintiffs, ) | Judge Gettleman |
| v. ) | Magistrate Judge Schenkier |
| J & L CONCRETE, INC., An Illinois corporation, ) ) ) | |
| Defendant. ) | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Allen Harris, law clerk for the offices of Arnold and Kadjan, located at 19 West Jackson Blvd., Suite 300, Chicago, IL 60604, hereby states as follows:

1. That I served the within    *Citation to Discover Assets*

   on the within named    Walsh Construction
   c/o Pete Glimco
   929 West Adams
   Chicago, IL 60607

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   Sex _Male_ Race _white_ Approx. Age _25/30_ Other _____

   That the place where and the date and time when the above document was served upon the person were as follows:

   Place _929 W Adams_
   Date _5/1/08_    Time _1:10pm_

_Pat O'Connor, Corporate Counsel Walsh_

Under the penalties provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as a foresaid that he verily believes the same to be true.

_____
Special Process Server