**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Cement Masons Pension Fund, Local 502, et al.

                     Plaintiff,

v.   Case No.: 1:08−cv−00932
    Honorable Robert W. Gettleman

J & L Concrete, Inc.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Return on citation proceedings held. The Citation is withdrawn as against Walsh Construction Co. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.