# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 932 | **DATE** | 6/30/2008 |
| **CASE TITLE** | Cement Masons Pension Fund   vs   J & L Concrete, Inc. | | |

**DOCKET ENTRY TEXT:**

Rule to show cause to issue returnable on Michael Borjas of J & L Concrete on 8/12/2008, at 9:00 a.m.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL -3 PM 3:05
FILED