

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | )<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C 932 |
| Plaintiffs, | ) Judge Gettleman |
| v. | ) Magistrate Judge Schenkier |
| J & L CONCRETE, INC., an Illinois corporation, | ) |
| Defendant. | ) |

### ORDER

**THIS MATTER** coming on to be heard on Plaintiff's Oral Motion for Rule to Show Cause.

**IT IS HEREBY ORDERED THAT:**

1. A Rule to Show Cause is hereby entered and made returnable on Michael Borjas of J & L Concrete, Inc., for his failure to appear for the Citation to Discover Assets on May 20, 2008.

2. Michael Borjas of J & L Concrete, Inc. is ordered to appear in court August 12, 2008 at 9:00 a.m. Room 1703 and show cause, if any for his failure to appear for the Citation to Discover Assets on May 20, 2008.

Dated: June 30, 2008

Robert W. Gettleman
**HONORABLE JUDGE GETTLEMAN**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415