## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Cement Masons Pension Fund, Local 502, et al.

Plaintiff,

v.

Case No.: 1:08−cv−00932
Honorable Robert W. Gettleman

J & L Concrete, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 8/12/2008. The rule to how cause against Michael Borjas is discharged. The citation proceedings are dismissed. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.