IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502,  )))))))  | No. 08 C 932 |
| Plaintiffs,  ) | Judge Gettleman |
| v.  ) | Magistrate Judge Schenkier |
| J & L CONCRETE, INC., an Illinois corporation,  ) | |
| Defendant.  ) | |

### RELEASE AND SATISFACTION OF JUDGMENT

Trustees of the Cement Masons Pension Fund Local 502, et. al, and Trustees of the Cement Masons Pension Fund Local 502, et. al., Plaintiffs, by and through ARNOLD AND KADJAN, their Attorneys, hereby release the Judgment entered by the United States District Court For The Northern District of Illinois, Eastern Division on April 22, 2008, in the total amount of $11,036.70.

                                          Trustees of the Cement Masons Pension Fund Local 502, et. al, and Trustees of the Cement Masons Pension Fund Local 502, et. al.

                                          By:    s/ Donald D. Schwartz
                                                       One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
Attorneys for Plaintiffs
19 West Jackson Boulevard
Chicago, IL 60604
(312) 236-0415